IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAHMOOD KHIMJI, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 3:12-CV-101-P |
| | § | |
| WAYNE M. CRAIG, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On September 10, 2013, Defendant Wayne Craig filed a Motion for Sanctions against Plaintiff Mahmood Khimji.  Doc. 47.  On September 12, 2013, Plaintiff Mahmood Khimji filed a Fifth Motion for Sanctions against Defendant Wayne Craig.  On January 24, 2014, the United States Magistrate Judge issued Findings, Conclusions, and Recommendation on the issues, recommending the Court Deny Defendant's Motion, Grant Plaintiff's Motion, and enter judgment against Defendant Wayne Craig.  Neither party raised any objection to the Findings, Conclusions, and Recommendation within fourteen days of its issuance.  *See* 28 U.S.C. § 636.

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Because the Court has adopted the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and consequently entered default judgment in Plaintiff Mahmood

Khimji's favor, his pending Motion for Summary Judgment is moot. The Court, therefore, DENIES as MOOT Plaintiff's Motion for Summary Judgment. Doc. 18.

**IT IS SO ORDERED.**

Signed this 4th day of March, 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE